UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PAUL YAHNE,

           Plaintiff,

    v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS *et al.*,

           Defendants.

Case No.  C04-5661FDB

ORDER

This case has been referred to United States Magistrate Judge J. Kelley Arnold pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.  Before the court is a motion for reconsideration which contains a request for counsel.  (Dkt. # 20).  The motions are **DENIED.**

As defendant's note, "the law is clear that plaintiff cannot sue state agencies in a 42 § 1983 [action]." (Dkt. # 21).

With regard to appointment of counsel; there is no right to have counsel appointed in cases brought under 42 U.S.C. § 1983.  Although the court, under 28 U.S.C. § 1915(d), can request counsel to represent a party proceeding *in forma pauperis*, the court may do so only in exceptional circumstances.  Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986); Franklin v. Murphy, 745 F.2d 1221, 1236 (9th Cir. 1984); Aldabe v. Aldabe, 616 F.2d 1089 (9th Cir. 1980).  A finding of exceptional circumstances requires an evaluation of both the likelihood of success on the merits and the ability of the plaintiff to articulate his claims *pro se* in light of the complexity of the legal issues involved.  Wilborn, 789 F.2d at 1331.

Plaintiff has demonstrated an adequate ability to articulate his claims *pro se*.  Moreover, it appears that this case does not involve exceptional circumstances which warrant appointment of counsel.

ORDER
Page - 1

1  Accordingly, Plaintiff's Motion to Appoint Counsel is **DENIED**.

2  The clerk is directed to send a copy of this Order to plaintiff and counsel for defendants, to remove

3  docket entries 20 from the courts calendar.

4  .

5  DATED this 8th  day of April, 2005.

6                                              __*/s/ J. Kelley Arnold*_____
                                            J. Kelley Arnold
                                            United States Magistrate Judge

ORDER
Page - 2