UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PAUL YAHNE,

          Plaintiff,

    v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS *et al.*,

          Defendants.

Case No. C04-5661FDB

ORDER ADOPTING REPORT AND RECOMMENDATION

    The Court has considered the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    This action is **DISMISSED WITHOUT PREJUDICE**. Plaintiff has failed to complied with multiple orders to file a proper amended complaint.

    (3)    The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants, and to the Hon. J. Kelley Arnold.

DATED this 10th day of August 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1